**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Jeremy Eugene STAFFELDT; Orlando Leon Pastrano; Lincoln Clarence Metzgar; John Anthony Gonzales, Defendants–Appellees.**

**No. 05–10243.**

United States Court of Appeals,
Ninth Circuit.

April 22, 2008.

John Joseph Tuchi, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellant.

Cameron Morgan, Attorney at Law, Scottsdale, AZ, Antonio Z. Bustamante, Esq., Law Offices of Antonio D. Bustamante, Florence & Bell Ltd., Candace Hewitt Kent, Esq., Kent & Ryan PLC, Antonio R. Zuniga, Esq., Phoenix, AZ, Marc J. Victor, Esq., Victor & Hall, PLC, Mesa, AZ, for Defendants–Appellees.

Before: STEPHEN REINHARDT, JOHN T. NOONAN, and HAWKINS, Circuit Judges.

**ORDER**

The Government's unopposed motion to amend the opinion is GRANTED. The opinion published at 451 F.3d 578 (9th Cir.2006) is amended to delete all mentions of the name "Keith Vercauteren." Accordingly, the phrase "In September 2003, Assistant United States Attorney Keith Vercauteren ('AUSA Vercauteren') ..." shall be amended to read, "In September 2003, an Assistant United States Attorney ('the AUSA') ..." All subsequent references to

"AUSA Vercauteren" shall be amended to read, "the AUSA."